IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MICROSOFT CORPORATION, )
a Washington corporation, )
)
Plaintiff, )
) CIVIL ACTION FILE
v. )
) NO. 1:06-CV-188
VONNAREY SMITH, an individual d/b/a )
TADS COMPUTER SERVICES, and )
VONNAREY SMITH, an individual, )
)
Defendants. )

## ORDER

Good Cause appearing therefore, **IT IS ORDERED THAT:**

Defendants Vonnarey Smith, an individual d/b/a Tad's Computer Services, and Vonnarey Smith, an individual, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by the Court, the Settlement Agreement and Release between Microsoft and Defendants, and the Consent Judgment, if filed by Microsoft.

DATED: May 14, 2007

UNITED STATES DISTRICT JUDGE